# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**LYNN PHIPPS,**

    Plaintiff,

                        **CASE NO.    3:11-cv-051**

**-vs-**

                        **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; this matter is **REMANDED** to the ALJ for an immediate reward of benefits; and that the case be **CLOSED**.

Date:   December 6, 2011                    **JAMES BONINI, CLERK**

                                           By: <u>s/ M. Rogers</u>
                                           Deputy Clerk